Steven I. Adler
Mohamed H. Nabulsi
Harrison McAvoy
Todd M. Nosher
**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
sadler@mblawfirm.com
mnabulsi@mblawfirm.com
hmcavoy@mblawfirm.com
tnosher@mblawfirm.com
P: 973-736-4600
F: 973-325-7467

*Attorneys for Defendants Norman M. Rowe, M.D., Norman M. Rowe, M.D. PLLC, Norman M Rowe MD of New Jersey LLC, Rowe Plastic Surgery of New Jersey LLC, and East Coast Plastic Surgery PLLC PA*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EMBLEMHEALTH, INC.,<br><br>               Plaintiff,<br><br>-against-<br><br>NORMAN M. ROWE, M.D., NORMAN M. ROWE, M.D. PLLC, NORMAN M. ROWE MD OF NEW JERSEY LLC, ROWE PLASTIC SURGERY OF NEW JESREY LLC, and EAST COAST PLASTIC SURGERY PLLC PA,<br><br>               Defendants. | Case No. 26-cv-3311<br><br>*DOCUMENT ELECTRONICALLY FILED VIA CM/ECF*<br><br>JURY TRIAL DEMANDED<br><br>**L. Civ. R. 78.1(a) MOTION DATE: JUNE 15, 2026** |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6) AND TO STAY DISCOVERY**

**PLEASE TAKE NOTICE** that on this 13th day of May 2026, Defendants Norman M. Rowe, M.D. ("**Dr. Rowe**"), Norman M. Rowe, M.D. PLLC ("**Rowe M.D. PLLC**"), Norman M. Rowe MD of New Jersey LLC ("**Rowe LLC**"), Rowe Plastic Surgery of New Jersey LLC ("**RPSNJ**"), and East Coast Plastic Surgery PLLC PA ("**ECPS**") (collectively and hereinafter, the "**Defendants**"), by and through their undersigned counsel, Mandelbaum Barrett PC, hereby move to dismiss the complaint ("**Complaint**") of Plaintiff EmblemHealth, Inc. ("**Plaintiff**" or "**Emblem**") pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6); and move to stay discovery pending the Court's Rule 12 adjudication, before the Honorable Susan D. Wigenton at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street Room 4015, Newark, NJ 07101, on June 15, 2026 or another date and time to be determined by the Court. In support of this Motion, Defendants shall rely on the accompanying Memorandum of Law and supporting Declaration with exhibits, and any Reply that Defendants shall submit pursuant to L. Civ. R. 7.1(d)(3).

1

Respectfully submitted,

 /s/ Harrison McAvoy
Harrison McAvoy, Esq.

Steven I. Adler
Mohamed H. Nabulsi
Harrison McAvoy
Todd M. Nosher
**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
sadler@mblawfirm.com
mnabulsi@mblawfirm.com
hmcavoy@mblawfirm.com
tnosher@mblawfirm.com
P: 973-736-4600
F: 973-325-7467

*Attorneys for Defendants Norman M. Rowe,*
*M.D., Norman M. Rowe, M.D. PLLC,*
*Norman M Rowe MD of New Jersey LLC,*
*Rowe Plastic Surgery of New Jersey LLC,*
*and East Coast Plastic Surgery PLLC PA*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of Defendants' Notice of Motion to Dismiss and to Stay of Discovery, as well as all accompanying documents, were served on the all counsel of record via CM/ECF on this 13th day of May 2026.

/s/ Harrison McAvoy
Harrison McAvoy, Esq.

Steven I. Adler
Mohamed H. Nabulsi
Harrison McAvoy
Todd M. Nosher
**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
sadler@mblawfirm.com
mnabulsi@mblawfirm.com
hmcavoy@mblawfirm.com
tnosher@mblawfirm.com
P: 973-736-4600
F: 973-325-7467

*Attorneys for Defendants Norman M. Rowe, M.D., Norman M. Rowe, M.D. PLLC, Norman M Rowe MD of New Jersey LLC, Rowe Plastic Surgery of New Jersey LLC, and East Coast Plastic Surgery PLLC PA*

3